**No. 09-10136. Edward Hernandez, Petitioner v. J. Hartley, Warden.**

561 U.S. 1053, 131 S. Ct. 55, 177 L. Ed. 2d 1144, 2010 U.S. LEXIS 5687.

September 3, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 968, 130 S. Ct. 3418, 177 L. Ed. 2d 330, 2010 U.S. LEXIS 4902.